ROBERT M. OLYPHANT et al., as Executors of ANNE A. MORSS, Deceased, Appellants and Respondents, *v.* AMY C. PHYFE et al., Defendants.

MARTHA CAMPBELL et al., as Executors of WILLIAM CAMPBELL, Deceased, Appellants; WILLIAM W. HEROY, as Surviving Partner of the Firm of HEROY & MARRENNER, Respondent.

*Olyphant* v. *Phyfe*, 48 App. Div. 1, affirmed.
(Argued April 2, 1901; decided April 16, 1901.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 18, 1900, upon an order reversing in part and affirming in part a judgment in favor of plaintiffs, entered upon a decision of the court on trial at Special Term.

*Henry B. Johnson* for defendants, appellants.

*John E. Parsons* for plaintiffs, appellants and respondents.

*William F. McNamara* for respondent Heroy.

Judgment affirmed, without costs to either party, on opinion below.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.